**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Juan Villareal v. The State of Texas

Appellate case number:   01-13-00374-CR

Trial court case number:  1353512

Trial court:                    183rd District Court of Harris County

Date motion filed:          December 12, 2014

Party filing motion:        Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Terry Jennings
                              Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Keyes


Date: January 8, 2015